IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| QUEST NETTECH CORPORATION | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 2:16-CV-00253-RWS |
| | § | |
| | § | |
| ENERVEX, INC. | § | |
| | § | |
| Defendant. | § | **JURY TRIAL REQUESTED** |

### ORDER

Before the Court is Plaintiff Quest NetTech Corporation's ("Plaintiff") Notice of Voluntary Dismissal of its complaint against Defendant Enervex, Inc. ("Defendant") without prejudice. Having considered the same, the Court finds that the Motion is GRANTED.

It is therefore ORDERED that Plaintiff's Complaint against Defendant is dismissed without prejudice.

**SIGNED this 16th day of June, 2016.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE